```
1  Kent Khtikian, Esq. (#99843)
   Conor D. Mack, Esq. (#253878)
2  Katzenbach and Khtikian
   1714 Stockton Street, Suite 300
3  San Francisco, California 94133-2930
   Telephone: (415) 834-1778
4  Facsimile: (415) 834-1842

5  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,<br><br>    Plaintiffs,<br><br>vs.<br><br>PAVONE TILE AND MARBLE CO., INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation,<br><br>    Defendants. | Case No. CV 10-3983 JL<br><br>STIPULATION FOR FILING OF FIRST AMENDED COMPLAINT |

    IT IS HEREBY STIPULATED by and between plaintiffs and the appearing defendant, AMERICAN CONTRACTORS INDEMNITY COMPANY, in the above-described action through their attorneys' of record that plaintiffs may file the First Amended Complaint, a copy of which is attached hereto.

IT IS FURTHER STIPULATED that defendant AMERICAN CONTRACTORS INDEMNITY COMPANY waives notice and service of the First Amended Complaint and shall not be required to answer the First Amended Complaint, and that all denials, responses and affirmative defenses contained in the answer filed by defendant AMERICAN CONTRACTORS INDEMNITY COMPANY to the original complaint shall be responsive to the First Amended Complaint.

Dated: February 3, 2011      HAUSMAN & SOSA, LLP

By:      /s/ Geoffrey Hudson
Geoffrey R. Hudson
Attorney for Defendant ACIC

Dated: February 4, 2011      KATZENBACH AND KHTIKIAN

By:      /s/ Conor Mack
Conor D. Mack
Attorneys for Plaintiffs

**Attestation Of Concurrence**
I, Conor Mack, declare that Geoffrey R. Hudson has signed the Document set forth above and that I have in my possession his signature on this document.
I declare under penalty of perjury that the foregoing is true and correct.
Executed this 4th day of February 2011, in San Francisco, California.

      /s/ Conor Mack
Conor D. Mack

Pursuant to the parties' stipulation and good cause appearing, the Court hereby orders that Plaintiffs' proposed First Amended Complaint shall be filed within 20 days of this order.

IT IS SO ORDERED

Dated: February 8, 2011

Hon. James Larson
United States Magistrate Judge