| | |
|---|---|
| 1 | ROGER M. MASON, ESQ. (CA Bar No. 107486) |
| | **SWEENEY, MASON, WILSON & BOSOMWORTH** |
| 2 | A Professional Law Corporation |
| | 983 University Avenue, Suite 104C |
| 3 | Los Gatos, CA  95032 |
| | Telephone:  (408) 356-3000 |
| 4 | Facsimile:   (408) 354-8839 |
| 5 | Attorneys for Defendant |
| | DOUG PAVONE, an individual |
| 6 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(San Francisco Division)

| | | |
|---|---|---|
| | BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND, | Case No. CV10-3983 JL<br><br>**REQUEST TO APPEAR BY TELEPHONE**<br><br>Date: April 20, 2011<br>Time: 10:30 a.m. |
| | Plaintiffs, | |
| | v. | |
| | PAVONE TILE AND MARBLE CO., INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOUG PAVONE, an individual, | |
| | Defendants. | |

///

///

REQUEST TO APPEAR BY TELEPHONE                                                                                    1


TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant DOUG PAVONE hereby requests permission to appear by telephone at the Initial Case Management Conference on calendar for April 20, 2011 at 10:30 a.m. before the Magistrate Judge, James Larson.

Defendants will be represented by Roger M. Mason, Esq. who will be reached at (408) 356-3000 at the time of the hearing.

Dated: April 8, 2011

SWEENEY, MASON, WILSON & BOSOMWORTH

By: _____/s/_____
ROGER M. MASON, ESQ.
Attorney for Defendants

### ORDER

Defendant's request is GRANTED for attorney, Roger M. Mason, Esq. to appear telephonically at the above-referenced conference. A clerk of the Court will contact Mr. Mason at (408) 356-3000 when the matter comes on for hearing during the 10:30 a.m. calendar.

IT IS SO ORDERED.

_____
JAMES LARSON, Magistrate Judge
United States District Court

REQUEST TO APPEAR BY TELEPHONE