| | |
|---|---|
| 1 | Kent Khtikian, Esq. (#99843) |
| | Conor D. Mack, Esq. (#253878) |
| 2 | Katzenbach and Khtikian |
| | 1714 Stockton Street, Suite 300 |
| 3 | San Francisco, California 94133-2930 |
| | Telephone: (415) 834-1778 |
| 4 | Facsimile: (415) 834-1842 |
| 5 | Attorneys for Plaintiffs |
| 6 | |
| | Geoffrey R. Hudson, Esq. (#52486) |
| 7 | Hausman & Sosa, LLP |
| | P.O. Box 2547 |
| 8 | Napa, CA 94558 |
| | (707) 265-0900 |
| 9 | |
| | Attorneys for Defendant ACIC |
| 10 | |
| 11 | Roger M. Mason, Esq. (#107486) |
| | Sweeney, Mason, Wilson and Bosomworth |
| 12 | 983 University Avenue, Suite 104C |
| | Los Gatos, CA 95032 |
| 13 | (408) 356-3000 |
| 14 | Attorneys for Defendant Doug Pavone |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY VACATION AND HOLIDAY TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY PENSION TRUST; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY HEALTH AND WELFARE TRUST FUND; TRUSTEES OF THE NORTHERN CALIFORNIA TILE INDUSTRY APPRENTICESHIP AND TRAINING TRUST FUND; TILE INDUSTRY PROMOTION FUND OF NORTHERN CALIFORNIA, INC., a not-for-profit California corporation; TILE EMPLOYERS CONTRACT ADMINISTRATION FUND; TRUSTEES OF THE INTERNATIONAL UNION OF BRICKLAYERS AND ALLIED CRAFTWORKERS PENSION FUND,

   Plaintiffs,

vs.

) Case No. CV 10-3983 JL (BZ)
)
) STIPULATION FOR 60 DAY
) CONTINUANCE OF
) SETTLEMENT CONFERENCE
) AND DISMISSAL OF
) DEFENDANT AMERICAN
) CONTRACTORS INDEMNITY
) COMPANY WITH PREJUDICE

| | |
|---|---|
| PAVONE TILE AND MARBLE CO., INC., a California corporation; AMERICAN CONTRACTORS INDEMNITY COMPANY, a California corporation; DOUG PAVONE, an individual, | ) ) ) ) ) ) ) ) ) |
| Defendants. | |

IT IS HEREBY STIPULATED by and between plaintiffs and defendants DOUG PAVONE and AMERICAN CONTRACTORS INDEMNITY COMPANY through their attorneys' of record that the settlement conference before Judge Zimmerman currently scheduled for May 5, 2011 be continued for 60 days until July 7, 2011.

Plaintiffs and Defendant DOUG PAVONE are negotiating a possible settlement that may obviate the need for a settlement conference.

IT IS FURTHER STIPULATED that defendant AMERICAN CONTRACTORS INDEMNITY COMPANY be dismissed from the action with prejudice.

Dated: May 4, 2011                HAUSMAN & SOSA, LLP


                                  By:_____/s/ Geoffrey Hudson_____
                                         Geoffrey R. Hudson
                                      Attorney for Defendant ACIC


Dated: May 4, 2011                KATZENBACH AND KHTIKIAN


                                  By:_____/s/ Conor Mack_____
                                         Conor D. Mack
                                      Attorneys for Plaintiffs


Dated: May 4, 2011                SWEENEY, MASON, WILSON & BOSOMWORTH


                                  By:____/s/ Roger M. Mason_____
                                         Roger M. Mason
                                   Attorneys for Defendant Doug Pavone

1  Pursuant to the parties' stipulation and good cause appearing, the Court hereby orders
2  that the settlement conference before Judge Zimmerman currently scheduled for May 5, 2011 be
3  continued for 60 days until ~~July 7~~ JULY 14, 2011 at 9:00 a.m.
4  It is further ordered that defendant AMERICAN CONTRACTORS INDEMNITY
5  COMPANY, only, is dismissed from the action with prejudice.

7  IT IS SO ORDERED

10 Dated: 5-4-11

~~Hon.~~ James Larson
United States Magistrate Judge