UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO,<br><br>        Plaintiff(s),<br><br>    v.<br><br>PAVONE TILE AND MARBLE CO. INC., et al.,<br><br>        Defendant(s). | No. C10-3983 JL (BZ)<br><br>**ORDER RE OVERDUE PAPERS** |

TO:  All parties and their attorney(s) of record:

On April 22, 2011, you were ordered to lodge a Settlement Conference Statement seven days prior to the conference, which is scheduled for July 14, 2011.  Your statement was due July 7, 2011.  It was not received by chambers.

**IT IS HEREBY ORDERED** that if a statement is not lodged by the **2:00 p.m., Monday, July 11, 2011**, each party and their attorney(s) of record will be sanctioned $100 a day for each day's delay, beginning from the date it was originally due.

Dated: July 8, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

g:\bzall\-refs\refs.2011\bricklayers LATE PAPERS ORDER RE SC.WPD