# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BRICKLAYERS AND ALLIED CRAFTWORKERS LOCAL UNION NO. 3, AFL-CIO, and others,<br><br>Plaintiffs,<br><br>v.<br><br>PAVONE TILE AND MARBLE CO., INC., and DOUG PAVONE,<br><br>Defendants. | Case No. 10-cv-03983 NC<br><br>**ORDER RE: BANKRUPTCY STAY**<br><br>Re: Dkt. No. 31 |

It appearing from the Notice of Bankruptcy and Request for Automatic Stay filed on July 8, 2011, Dkt. No. 31, that defendants Doug Pavone and Pavone Tile and Marble Co., Inc. have filed a petition in bankruptcy and that an automatic stay is in effect, and as there appears no further reason to maintain the file as an open one for statistical purposes and good cause appearing therefore,

IT IS HEREBY ORDERED that the Clerk of the Court shall close this file for administrative purposes and submit a JS-6 form to the Administrative Office.

IT IS FURTHER ORDERED that nothing contained herein shall be considered a dismissal or disposition of this action and should further proceedings become necessary or desirable, any party may initiate such proceedings in the same manner as if this order had not been entered.

IT IS SO ORDERED.

Date: November 29, 2012

_____
Nathanael M. Cousins
United States Magistrate Judge